

```
FILED
CLERK, U.S. DISTRICT COURT
11/10/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY
```

Linda C. Love "Pro Per"
31942 Red Pine Way
Temecula Ca 93592
Tel: (951) 506-5405 |
Agents fax: 9424) 389-7069
Plaintiff' s Email: lloveca@att.net
Agents Email: michaelhowardus@yahoo.com
Attorney for: Plaintiff Linda C. Love

# UNITED STATES DISTRICT COURT
# CENTRAL WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| Linda C. Love an Individual Pro Per,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Affinia Default Services, L.L.C.;<br>Specialized Loan Services, L.L.C.;<br>Firstkey Master Funding 2021-A U.S. Bank Trust  National Trust .<br>{Erroneously Sued As First Key Funding} And Does 1-10 Inclusive,<br><br>　　　Defendant | Case No.: **5:23-cv-08104-FLA-(SHKx)**<br><br>**Plaintiff's Motion For Reconsideration Of Denial Ex-Parte TRO Request 10-5-23 [Federal Rule 7:18] Filed In Conjunction  With Plaintiff's Notice Of Appeal 11/06/23**<br><br>**CASE FILED: 9-05-23<br>RESPONDING MAGISTRATE: HONORABLE FERNANDO L. AENLLE-ROCHA** |

**PLEASE TAKE NOTICE**, that the undersigned **Linda C. Love** (Here-in-after referred to as Plaintiff with bring her pro see Motion for Reconsideration and a hearing there-in , of Courts Denial to her Ex Parte Motion for Temporary Restraining Order denied by this court 10/23/2023 Exhibit 1. before this Court on a date and time which will be provided by the Court later'

PLAINTIFF'S MOTION FOR RECONSIDERATION OF DENIAL EX-PARTE TRO REQUEST 10-5-23 FILED CONCURRENTLY WITH PLAINTIFF'S NOTICE OF APPEAL [FEDERAL RULE 7:18] CASE NO. 5;23-CV-0104-FLA-SHKCASE FILED: 9-05-23RESPONDING MAGISTRATE: HONORABLE FERNANDO L. AENLLE-ROCHA
- 1-

Plaintiff did not become aware of the court's action until and on or about 10/26/23. Plaintiff has good cause for this action based on Plaintiffs motion is proper under Rules of the court L.R. 7-18 Motion for Reconsideration. Plaintiff was Pro Per that a material difference in fact or law from that plaintiff had presented to the Court without hearing before the court's decision that in the exercise of reasonable diligence Plaintiff Pro Per could not have been known to the party to this moving for reconsideration at the time of such decision, (c) a manifest showing of a failure to consider material facts presented to the Court before such decision. Furthe the courts action denied Plaintiff a fair hearing in concert with Defendant SLS and FirstKey filed response of 10-16-23 as to Plaintiff's Ex-Parte request for TRO. Plaintiff had assumed that even if Ex-Parte was denied or granted that Plaintiff would later be able to file request for an *injunction* against Defendants

Dated 11-09-23 Place of Signing: Temecula CA County of Riverside

(Linda C. Love Plaintiff Pro Per)

PLAINTIFF'S MOTION FOR RECONSIDERATION OF DENIAL EX-PARTE TRO REQUEST 10-5-23
[FEDERAL RULE 7:18] CASE NO. 5;23-CV-0104-FLA-SHKCASE FILED: 9-05-23RESPONDING
MAGISTRATE: HONORABLE FERNANDO L. AENLLE-ROCHA
-2-