UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA C. LOVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AFFINIA DEFAULT SERVICES, L.L.C., et al.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01804-FLA (SHKx)<br><br>**ORDER SETTING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

1

On October 16, 2023, Defendants Specialized Loan Servicing LLC and FirstKey Master Funding 2021-A Collateral Trust ("Defendants") filed a Motion to Dismiss Plaintiff Linda C. Love's ("Plaintiff") Complaint. Dkt. 19. Plaintiff was required to file an Opposition by October 27, 2023. *See* Local Rule 7-9. Plaintiff failed to do so.

The court therefore ORDERS Plaintiff to SHOW CAUSE ("OSC") why the action should not be dismissed. Plaintiff shall file a response to the OSC or an Opposition to Defendants' Motion to Dismiss by December 1, 2023.[1] Plaintiff's filing of an Opposition shall be deemed a sufficient response to the OSC. Plaintiff's failure to respond to the OSC may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: November 13, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] If Plaintiff elects to file an Opposition to Defendants' Motion to Dismiss, Defendants are authorized to file a Reply brief by December 8, 2023.

2