1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| LINDA C. LOVE, | Case No. 5:23-cv-01804-FLA (SHKx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF PROSECUTION** |
| AFFINIA DEFAULT SERVICES, L.L.C., *et al.*, | |
| Defendants. | |

1

1    On July 22, 2024, the court granted Plaintiff's motion for leave to file a second amended complaint, and ordered Plaintiff to file the proposed Second Amended Complaint within five days.  Dkt. 76.  To date, Plaintiff has not filed the Second Amended Complaint.

    Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within fourteen (14) days of this order why the court should not dismiss this action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  Failure to respond timely may result in the dismissal of this action without further notice.

    IT IS SO ORDERED.

Dated: August 13, 2024

    FERNANDO L. AENLLE-ROCHA
United States District Judge

2