1 | Okorie Okorocha, Esq., SBN 226658
2 | THE OKOROCHA FIRM
3 | 117 E Colorado Blvd., Ste 465
  | Pasadena, CA 91105
4 | (310) 497-0321
5 | OO@OOESQ.com
  | Attorney for Plaintiff Linda C. Love

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT-WESTERN DIVISION

| | |
|---|---|
| LINDA C. LOVE, an individual,<br><br>*Plaintiff,*<br><br>vs.<br><br>AFFINIA DEFAULT SERVICES, L.L.C.; SPECIALIZED LOAN SERVICES, L.L.C.; U.S. BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT AS TRUSTEE OF FIRSTKEY MASTER FUNDING 2021-A TRUST; and DOES 1-10 INCLUSIVE,<br><br>*Defendants,* | Case No.: 5:23-cv-01804-FLA (SHKx)<br><br>PLAINTIFF'S REUEST FOR LEAVE TO FILE OPPOSITION 1 DAY LATE<br><br>**The filing was due on Friday September 13, 2024 and was filed on Sunday, September 15, 2024.**<br><br>DATE:   October 4, 2024<br>TIME:   1:30 P.M.<br>CRT:    6B |

1- PLAINTIFF'S REQUEST FOR LEAVE TO FILE OPPOSITION 1 DAY LATE

Comes plaintiff Linda C. Love, ("Plaintiff"), requests leave to file her opposition 1 day late.

Plaintiff's counsel had an incorrect date set for the opposition to be filed, and had now completed and filed the opposition. Plaintiff seeks leave to file her opposition 1 day late due to the inadvertence of counsel. Plaintiff argued that such a de minimis lateness does not warrant having to file a motion to vacate pursuant to Fed.R.Civ.P. 60(b). "excusable neglect" is understood to encompass situations in which the failure to comply with a filing deadline is attributable to negligence." *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 394 (1993). "In determining whether neglect is excusable a court considers (1) prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay, including whether it was in the reasonable control of the moving party; and (4) the good faith of the moving party." *Id*. at 395. "[T]he determination is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission." *Pioneer*, 507 U.S. at 395. However, it is an "elastic concept" not limited to omission caused by circumstances beyond the movant's control. *Id*. at 392.

Plaintiff argued that such a motion should not be required in this case.
Dated this 15th day of September, 2024

*Okorie Okorocha*

_____

Okorie Okorocha, Esq.
Attorney for Plaintiff Linda C. Love

2- PLAINTIFF'S REQUEST FOR LEAVE TO FILE OPPOSITION 1 DAY LATE