1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11  LINDA C. LOVE,                    Case No. 5:23-cv-01804-FLA (SHKx)
12                 Plaintiff,
                                      **ORDER TO SHOW CAUSE WHY**
13        v.                          **THE COURT SHOULD NOT**
                                      **DISMISS THE ACTION FOR LACK**
14  AFFINIA DEFAULT SERVICES, LLC,    **OF PROSECUTION**
    *et al.*,
15
                   Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

On March 18, 2025, the court granted Defendants Newrez LLC (f/k/a Specialized Loan Servicing LLC and erroneously sued as Specialized Loan Servicing, L.L.C.) and FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee's (erroneously sued as FirstKey Funding 2021-A U.S. Bank Trust National Association) Motion to Dismiss the Second Amended Complaint.  Dkt. 112.

The court dismissed Plaintiff Linda C. Love's ("Plaintiff") claims for negligence *per se*, cancellation of instruments, and violation of California's Unfair Competition Law without leave to amend, as well as her Rosenthal Act claim, to the extent it was based on Defendants' alleged attempt to collect a time-barred debt. *Id*. at 14.  The remainder of Plaintiff's Rosenthal Act claim was dismissed with fourteen (14) days' leave to amend. *Id*.

Plaintiff did not file a third amended complaint by April 1, 2025, as required.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within thirty (30) days of this Order why the action should not be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  The filing of a third amended complaint will constitute an adequate response.  Failure to respond timely may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: April 15, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge